19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.: 582115                                 DIVISION D

BRANDYWINE CONDOMINIUM OWNERS ASSOCIATION and BRANDYWINE CONDOMINIUM ASSOCIATION, INC.

VERSUS

LEXINGTON INSURANCE COMPANY

FILED: _____      _____
                                                           DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of Brandywine Condominium Owners Association and Brandywine Condominium Associaiton, Inc., Louisiana corporations authorized to do and doing business in the State of Louisiana ("Plaintiffs"), respectfully represents the following:

I.

Made defendant herein is:

LEXINGTON INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana, and within the jurisdiction of this Honorable Court.

II.

Venue in this action is proper in East Baton Rouge Parish under Louisiana Code of Civil Procedure insofar as the loss occurred in this Parish.

III.

Defendant is justly and truly indebted jointly and severally to Plaintiffs herein for damages reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for costs in these proceedings, for the following, to-wit:

IV.

Plaintiffs contracted with the defendant insurance company through its agent, to insure its property located at 10950 Darryl Drive, Baton Rouge, Louisiana 70815 and businesses which were conducted therein.

V.


EXHIBIT A

In the days preceding September 1, 2008, weather forecasters and government officials predicted that Hurricane Gustav, which was then in the Gulf of Mexico, would severely impact the greater Baton Rouge area.

VI.

On September 1, 2008, Hurricane Gustav made landfall in the greater Baton Rouge area. The event caused widespread devastation and damage including damage to Plaintiffs.

VII.

The extensive damage caused by Hurricane Gustav rendered the location unable to be occupied and necessitated massive repairs.

VIII.

At all times pertinent hereto, the defendant insurance company provided insurance coverage for the matters, risks, and things involved herein, including damages caused by storm and its aftermath, benefiting Plaintiffs.

IX.

The insurance policy from the defendant insurance company contains endorsements and/or other provisions which provide coverage for all hurricane related damage, including but not limited to property damage, loss of rents and business interruption coverage.

X.

Despite having been provided with "satisfactory proof of loss", the defendant insurance company has acted in bad faith by refusing to pay for all of the damage sustained by Plaintiffs.

XI.

Plaintiffs are entitled to a judgment declaring that the language of Plaintiff's insurance policy provides coverage for all damage resulting from a hurricane.

XII.

Plaintiffs have yet to receive a reasonable tender from the defendant insurer as a result of its loss on September 1, 2008. As such, the defendant insurer is in direct violation of Louisiana law, including without limitation, La. R.S. 22:1892 and 22:1973.

XIII.

The defendant insurer is liable unto Plaintiffs under the following legal theories:

Case 3:09-cv-00878-JJB-SCR    Document 1-3    10/13/2009    Page 2 of 6

a. Breach of contract;

b. Intentional infliction of emotional distress;

c. Bad faith claims adjusting;

d. Failure to fulfill obligations of insurers under Louisiana law; and

e. Any and all other legal theories which may be found through discovery and proven at trial in this matter.

XIV.

Defendant has committed other acts of negligence, breach of contract, and breach of their duty of good faith and fair dealing all of which will be shown and proven at the trial of this matter.

XV.

As a result of the actions of the defendant named herein, Plaintiffs have suffered the following nonexclusive list of damages, for which it is entitled to recover:

a. Loss of use of property;

b. Loss of rents;

c. Loss of enjoyment of property;

d. Diminution in value of the property;

e. Repair and remediation expenses;

f. Business interruption and other business losses;

g. Attorney's fees;

h. Costs of this litigation; and

i. All other losses which will be proven at the trial of this matter.

XVI.

Plaintiffs are entitled to penalties and attorneys fees for the insurer's bad faith failure to pay plaintiff's claims.

XVII.

Plaintiffs reserve the right to supplement and amend this Petition for Damages.

XVIII.

Plaintiffs request a trial by jury.

Case 3:09-cv-00878-JJB-SCR    Document 1-3    10/13/2009    Page 3 of 6

WHEREFORE, Plaintiffs herein, prays that the Petition for Damages be deemed good, valid, and sufficient and that after due proceedings there be judgment rendered herein declaring that the language of the policy provides coverage for all hurricane related damage; and that Plaintiffs are entitled to a judgment that any damage resulting from the hurricane is not excluded under the policy. Plaintiffs herein pray that the defendant be served with a copy of this petition and be duly cited to appear and answer the same, and that after expiration of all legal delays and due proceedings, there be judgment rendered in favor of Plaintiffs and against defendant, in an amount that is reasonable in the premises which will fully compensate Plaintiffs for the damages pursuant to the evidence and in accordance with the law and for penalties and attorneys fees; all sums with legal interest thereon from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,

GAUTHIER, HOUGHTALING
& WILLIAMS, L.L.P.

_____
EDWARD F. DOWNING, III, Bar. No. 1339
BRIAN J. HOUGHTALING, Bar No. 30258
3500 N. Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624
ATTORNEYS FOR PLAINTIFF

**PLEASE SERVE**

**LEXINGTON INSURANCE COMPANY**
Through its registered agent for service of process
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, La 70809

4





**CORPORATION SERVICE COMPANY**

NJP / ALL
Transmittal Number: 6986098
Date Processed: 09/17/2009

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Mr. Andrew Holland- 18th Floor<br>American International Group, Inc.<br>175 Water Street<br>New York, NY 10038 |

| | |
|---|---|
| **Entity:** | Lexington Insurance Company<br>Entity ID Number 1903911 |
| **Entity Served:** | Lexington Insurance Company |
| **Title of Action:** | Brandywide Condominium Owners Association vs. Lexington Insurance Company |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court:** | 19th JDC, East Baton Rouge Parish, Louisiana |
| **Case Number:** | 582115-D |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 09/16/2009 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | Secretary of State on 9/14/09 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Edward F. Downing<br>504-456-8600 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com



**RECEIVED**
SEP 18 2009
AIG Commercial Insurance
Law Department

**JAY DARDENNE**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**











SS151-A

Case 3:09-cv-00878-JJB-SCR    Document 1-3    10/13/2009    Page 6 of 6